478 A.2d 70

Commonwealth v. Delker, Appellant.

Submitted April 16, 1984. Lawrence D. Mac Donald, for appellant; Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, CERCONE and HESTER, JJ.

Order affirmed.

478 A.2d 70

Commonwealth v. Devine, Appellant.

Submitted April 16, 1984. Elaine Demasse, Assistant Public Defender, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, CERCONE and HESTER, JJ.

Judgment of sentence affirmed.